IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERCY BRADLEY,

    Plaintiff,                             No. CIV S-06-0015 DFL PAN P

    vs.

TERESA SWARTZ, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        The court issued findings and recommendations on June 1, 2006, recommending that this action be dismissed without prejudice, and granting plaintiff twenty days within which to object. Plaintiff filed objections to those findings and recommendations within the twenty-day period, and has requested an extension of time to file an amended complaint pursuant to the court's order of April 19, 2006. The court's findings and recommendation of June 1, 2006, will be vacated. Plaintiff shall refer to the court's order of April 19, 2006, in the drafting of his amended complaint. As plaintiff has indicated that he did not receive a copy of that order, the Clerk of the Court will send plaintiff a copy.

        On June 15, 2006, plaintiff filed a motion seeking, among other things, a temporary injunction regarding his legal mail. There is currently no complaint on file as plaintiff has yet to file an amended complaint. Pursuant to Local Rule 65, the court will deny this motion

without prejudice to its renewal, as appropriate, should any defendant appear in this action to answer one or more cognizable claims for relief.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's findings and recommendations of June 1, 2006, are hereby vacated.

2. The Clerk of the Court is directed to provide plaintiff with a copy of the court's order of April 19, 2006.

3. Plaintiff's June 15, 2006, request for an extension of time is granted;

4. Plaintiff is granted thirty days from the date of this order in which to file and serve his amended complaint; and

5. Plaintiff's motion filed June 15, 2006, is dismissed without prejudice.

DATED:  July 20, 2006.

UNITED STATES MAGISTRATE JUDGE

14
brad0015.36

---

[1] Local Rule 65 provides, in relevant part, that "[n]o hearing on a temporary restraining order will normally be set unless" a complaint is "provided to the Court and, unless impossible under the circumstances, to the affected parties or their counsel."