IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERCY BRADLEY,

     Plaintiff,                        No. CIV S-06-0015 DFL PAN P

     vs.

TERESA A. SWARTZ, Warden,

et a.,

     Defendants.           <u>ORDER</u>

_____/

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 19, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint within thirty days from the date of the filing of the order. On June 1, 2006, this court issued findings and recommendations recommending dismissal of the action for plaintiff's failure to amend his complaint within the thirty-day period. Plaintiff timely filed objections to those findings and recommendations on June 15, 2006. Accordingly, the court's findings and recommendations will be vacated.

          In plaintiff's objections, he states that he was not in receipt of the court's order of April 19, 2006 which dismissed his complaint and granted him leave to amend. Plaintiff now

/////

1

1 requests the court grant him leave of thirty days in which to file an amended complaint. Good
2 cause appearing, plaintiff will be granted a further opportunity to amend his complaint.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1. The court's findings and recommendations of June 1, 2006, recommending
5 dismissal of this action for failure to amend are hereby vacated.
6       2. The Clerk of the Court is directed to provide plaintiff with a copy of the court's
7 order filed April 19, 2006.
8       3. Plaintiff is granted thirty days from the date of service of this order to file an
9 amended complaint that complies with the requirements of the court's order dismissing his
10 complaint dated April 19, 2006, the Civil Rights Act, the Federal Rules of Civil Procedure, and
11 the Local Rules of Practice; the amended complaint must bear the docket number assigned this
12 case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of
13 the amended complaint; failure to file an amended complaint in accordance with this order will
14 result in a recommendation that this action be dismissed.
15 DATED: July 27, 2006.

                                   UNITED STATES MAGISTRATE JUDGE

14
brad0015.14.new